# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0201

———————————————

AKIKO STOUTAMIRE,

Petitioner,

v.

WILLIAM F. STOUTAMIRE, JR., as
personal representative of the
ESTATE OF WILLIAM F.
STOUTAMIRE, SR.,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

April 10, 2026

PER CURIAM.

DENIED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Linda A. Bailey and Zachary J. Brigham of Law Office of Linda A. Bailey, P.A., Tallahassee, for Petitioner.

Thomas J. Schulte of Ausley McMullen, Tallahassee, for Respondent.